UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| United States of America, | ] | |
|---|---|---|
| Plaintiff, | ] | |
| v. | ] | 2:16-cr-00023-LSC-WC-1 |
| Christopher Bernard Pitts, | ] | |
| Defendant. | ] | |

**Order**

This matter is pending sentencing on the defendant's plea of guilty to one count of wire fraud affecting a financial institution. The defendant filed a sentencing memorandum and hundreds of pages of supporting documents. At this Court's referral (doc. 117), the magistrate judge filed a report and recommendation as to the calculations of the total loss or intended loss for the purposes of sentencing guidelines calculations as well as restitution. (Doc. 126.) The magistrate judge recommended that the Court reject the defendant's arguments in his sentencing memorandum and adopt the amount of loss set forth in the presentence investigation report ("PSR") for purposes of calculating both the sentencing guidelines offense level and restitution. (*Id.*) The defendant filed objections to the report and recommendation. (Doc. 127.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the Court will adopt the PSR's loss calculation for purposes of both the calculation of the defendant's sentence under the relevant sentencing guidelines and for purposes of any order of restitution.

The date and time of the defendant's sentencing shall be set by separate order.

**DONE** AND **ORDERED** ON JULY 17, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704