Case 2:16-cr-00023-MHT-KFP   Document 189   Filed 01/18/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> CHRISTOPHER BERNARD PITTS <br><br> Date of Original Judgment: 11/06/2018 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> ) <br> ) Case No: 2:16cr23-01-MHT <br> ) USM No: 16750-002 <br> ) <br> ) Raymond L. Bell, Jr. <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion (Doc. 185) is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Pursuant to U.S.S.G. § 1B1.10(b)(2)(C), "in no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served." The defendant is not due relief under Amendment 821 Part B as he was released from custody to begin service of his five-year term of supervised release on 9/3/2021. Moreover, Amendment 821 does not impact the length of the term of supervised release.

Except as otherwise provided, all provisions of the judgment dated 11/06/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/18/2024

/s/ Myron H. Thompson
*Judge's signature*

Effective Date: _____
*(if different from order date)*

MYRON H. THOMPSON, UNITED STATES DISTRICT JUDGE
*Printed name and title*