IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )       2:16cr23-MHT
                            )            (WO)
CHRISTOPHER BERNARD PITTS   )
```

ORDER

Now before the court is defendant Christopher Bernard Pitts's motion for early termination of supervised release (Doc. 190).  While the court is hesitant to grant the motion due to Pitts's early noncompliance, the government and the probation department do not object to it.

Accordingly, it is ORDERED that:

(1) The motion is granted.

(2) Defendant Christopher Bernard Pitts's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 16th day of February, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**